# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAMMIE PHILLIPS,<br>　　　　　　Plaintiff(s),<br>vs.<br>TRANSPORTATION INSURANCE COMPANY,<br>　　　　　　Defendant(s). | Case No. 2:15-cv-01967-APG-NJK<br><br>NOTICE |

　　　　Pending before the Court is the parties' status report, in which the parties appear to indicate that they will conduct discovery only in the event the pending motion to remand is denied. *See* Docket No. 13 at 4. The Court provides this notice that the parties are required to conduct the Rule 26(f) conference within 30 days of the date of the filing of Defendant's answer, and to file a proposed discovery plan within 14 days thereafter. *See* Local Rule 26-1(d); *see also* Docket No. 11 (answer). To the extent the parties seek to stay their discovery obligations, they must file a request for that relief addressing the applicable standards.[1] Absent the granting of such request, the parties must proceed with discovery.

　　　　IT IS SO ORDERED.

　　　　DATED: November 17, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Judges in this District have held that the pendency of a motion to remand is not a sufficient basis to stay discovery. *See Cooks-Putnam v. Trump Las Vegas Corp.*, 2015 U.S. Dist. Lexis 115606, *3 (D. Nev. Aug. 31, 2015) (citing *Grammar v. Colo. Hosp. Ass'n Shared Servs.*, 2015 U.S. Dist. Lexis 83966, *5 (D. Nev. June 26, 2015)). Any request to stay discovery in this case pending resolution of the motion to remand must specifically explain why the Court should not follow that case law.